# Highgate Manor Group, LLC
# Profit & Loss
# September 30, 2009

|  | September 30, 2009 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     4100 · Rental Income | 133,020 |
|     7010 · Interest Income | 3 |
|   Total Income | 133,023 |
|   Expense | |
|     6120 · Bank Service Charges | 6,603 |
|     6150 · Depreciation Expense | 63,994 |
|     6200 · Interest Expense | 99,275 |
|     6210 - Deferred Interest | 46,718 |
|     6390 · Property taxes and Utilities | 106,444 |
|     6500 · Amortization Expense | 15,977 |
|   Total Expense | 339,011 |
| **Net Ordinary Income** | -205,988 |
| **Net Income (Loss)** | -205,988 |

# Highgate Manor Group, LLC
## Statement of Cash Flows
### January through September 2009

|  | Jan - Sep 09 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -1,581,151 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Highgate:Cortland | -151,854 |
| Highgate:Hilltop | -675,601 |
| Highgate:Rosewood | -61,133 |
| Highgate:Troy | -279,347 |
| Prepaid Taxes | 641,088 |
| Accounts Payable | 963,151 |
| Accrued Expense | 425,130 |
| Net cash provided by Operating Activities | -719,717 |
| **INVESTING ACTIVITIES** |  |
| Building:Accum. Decp | 575,946 |
| Closing Costs:Closing cost:Amort. | 69,229 |
| Organization Costs:Accum. Amort. | 74,565 |
| Net cash provided by Investing Activities | 719,740 |
| Net cash increase for period | 23 |
| Cash at beginning of period | 3,076 |
| Cash at end of period | 3,099 |

# Highgate Manor Group, LLC
## Balance Sheet
### As of September 30, 2009

|  | Sep 30, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Citizens | 1,747 |
| Escrow | 1,352 |
| **Total Checking/Savings** | 3,099 |
| **Other Current Assets** | |
| Guilderland LTC Management | 280,000 |
| Highgate | 8,976,984 |
| Prepaid Taxes | -803,857 |
| **Total Other Current Assets** | 8,453,128 |
| **Total Current Assets** | 8,456,226 |
| **Fixed Assets** | |
| Building | 13,792,617 |
| Land | 1,200,000 |
| **Total Fixed Assets** | 14,992,617 |
| **Other Assets** | |
| Closing Costs | 539,248 |
| Organization Costs | -24,874 |
| **Total Other Assets** | 514,374 |
| **TOTAL ASSETS** | 23,963,218 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 5,412,435 |
| **Total Accounts Payable** | 5,412,435 |
| **Other Current Liabilities** | |
| Accrued Expense | 1,785,665 |
| **Total Other Current Liabilities** | 1,785,665 |
| **Total Current Liabilities** | 7,198,101 |
| **Long Term Liabilities** | |
| Loan Payable | 100,000 |
| Mortage Payable | 26,975,335 |
| **Total Long Term Liabilities** | 27,075,335 |
| **Total Liabilities** | 34,273,435 |
| **Equity** | |
| Member's Capital | 3,898,003 |
| Retained Earnings | -12,627,070 |
| Net Income | -1,581,151 |
| **Total Equity** | -10,310,218 |
| **TOTAL LIABILITIES & EQUITY** | 23,963,218 |

DOES THE DEBTOR HAVE ANY OVERDUE BILLS OF ANY KIND WHICH AROSE AFTER THE FILING OF THE BANKRUPTCY PETITION, INCLUDING, BUT NOT LIMITED TO WAGES, TAXES, RENTS, MORTGAGES, UTILITIES, INSURANCE PREMIUMS, TRADE DEBTS?
\_\_\_\_ Yes   \_\_\_\_ No

IF THE ABOVE ANSWER IS YES, PLEASE LIST ALL OVERDUE BILLS BELOW*:

Creditor          Amount          Reason

*Upon information and belief, real property taxes have not been paid by the Receiver. Further, upon information and belief, interest payments to GECC are not being made, although the Trustee does not concede that such payments must be made during the case.* MJF

HAS THE DEBTOR TRANSFERRED ANY PROPERTY OTHER THAN THE SALE OF INVENTORY IN THE ORDINARY COURSE OF BUSINESS?     Yes   √ No

IF THE ABOVE ANSWER IS YES, PLEASE EXPLAIN IN DETAIL BELOW:

HAS THE DEBTOR RECEIVED ANY NOTICE OF CANCELLATION OF INSURANCE SINCE THE FILING OF THE BANKRUPTCY CASE?  \_\_\_\_ Yes   √ No

IF THE ABOVE ANSWER IS YES, PLEASE EXPLAIN IN DETAIL BELOW.

The undersigned, having prepared the foregoing reports, certifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

_____
Title

_____
Address

_____   Date: _____
Signature

*SEE ATTACHED SHEET* MJF

*All overdue bills must be listed, even if they have been previously listed in prior months.

## STATEMENT WITH RESPECT TO MONTHLY OPERATING REPORT

The foregoing Monthly Operating Report, except as indicated, was prepared by, or under the direction of, the Receiver of the Debtor's business. The Trustee has no personal or independent knowledge of the matters contained therein and makes no representation or warranty as to any matter or as to the accuracy, correctness or completeness of such matters.

In addition, the Trustee does not acknowledge or concede that expenses or other obligations incurred by the Receiver with respect to the operation of the Debtor's business constitute expenses or obligations of the Debtor or the Debtor's bankruptcy estate.

*[signed]* Mark I. Fishman, Chapter 11 Trustee



**BILLING STATEMENT**

STATEMENT DATE: 09/17/2009
LOAN NUMBER: 07-0004198

001856-001  33944

Highgate Manor Group, LLC
c/o Northwoods at Hilltop
Attn: Timothy Wade
1805 Providence Avenue
Niskayuna, NY 12309

## LOAN INFORMATION

| | |
|---|---:|
| CURRENT PRINCIPAL BALANCE | 28,030,576.76 |
| CURRENT PAY RATE | 4.25000 % |
| INTEREST PAID YTD | .00 |
| DAYS IN BILLING CYCLE | 30 |
| TAX ESCROW BALANCE | .00 |
| INS. ESCROW BALANCE | .00 |
| OTHER ESCROW BALANCE | 1,333.10 |
| TAX ESCROW DISBURSED YTD | .00 |
| INS. ESCROW DISBURSED YTD | .00 |
| OTHER ESCROW DISBURSED YTD | .00 |

**DEFERRED INTEREST INFORMATION**

| | |
|---|---:|
| CURRENT CONTRACT RATE | 6.25000 % |
| CURRENT INDEX | 3.25000 % |
| INTEREST AT CONTRACT RATE | 145,992.58 |
| CURRENT MONTH DEFERRED INTEREST | 46,717.62 |
| CAPITALIZED DEFERRED INTEREST BAL. | .00 |
| UNCAPITALIZED DEFERRED INTEREST BAL. | 1,701,568.39 |

## PAYMENT INFORMATION

| | |
|---|---:|
| CURRENT INTEREST DUE | 99,274.96 |
| CURRENT PRINCIPAL DUE | 33,745.45 |
| LATE CHARGE | 6,603.05 |
| CURRENT TAX DUE | 80,306.33 |
| CURRENT INS. DUE | 60,965.90 |
| CURRENT OTHER ESCROW DUE | 15,360.00 |
| CURRENT MISC AMOUNT DUE | .00 |
| TOTAL | 296,255.69 |
| PAST DUE INTEREST | 5,001,611.67 |
| PAST DUE PRINCIPAL | 1,051,256.37 |
| PAST DUE LATE CHARGE | 318,630.13 |
| PAST DUE TAX | 3,795,352.29 |
| PAST DUE INS. | 2,282,994.85 |
| PAST DUE OTHER ESCROW | 564,311.81 |
| PAST DUE MISC AMOUNT | 249,481.66 |
| LESS UNAPPLIED FUNDS | .00 |
| TOTAL | 13,263,638.78 |
| **TOTAL PAYMENT** | **13,559,894.47** |
| DUE BY 10/01/2009 | |
| A LATE CHARGE OF | 6,651.02 |
| WILL BE ASSESSED IF PAYMENT IS NOT RECEIVED BY 10/06/2009 | |

PROPERTY ADDRESS: 100 NEW TURNPIKE ROAD TROY NY 12182

518-0702-0997F

Please detach here and return lower part with payment.

| LOAN NUMBER | DUE DATE | CURRENT PAYMENT DUE | PAST DUE AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 07-0004198 | 10/01/2009 | 296,255.69 | 13,263,638.78 | 13,559,894.47 |

Highgate Manor Group, LLC
c/o Northwoods at Hilltop
Attn: Timothy Wade
1805 Providence Avenue
Niskayuna, NY 12309

GEMSA Loan Services, L.P.
File 59229
Los Angeles, CA 90074-9229

**AMOUNTS REMITTED**

| | |
|---|---|
| Regular Payment | |
| Additional Payment | |
| Additional Escrow | |
| Other | |
| Total Amount Enclosed | |

☐ Check box if Change of Information completed on reverse side

07000419810002962556901355989447000302906716

## ACTIVITY SINCE LAST STATEMENT

| DATE RECEIVED | EFFECTIVE DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | PRINCIPAL | INTEREST | ESCROW |
|---|---|---|---:|---:|---:|---:|
| | | BEGINNING BALANCES | | 28,030,576.76 | | 1,332.64 |
| 09/01/09 | 00/00/00 | INT ON ESCROW CREDIT | .46 | .00 | .00 | .46 |
| 09/08/09 | 00/00/00 | LATE CHARGE ASSESSED | 6,603.05 | .00 | .00 | .00 |
| | | ENDING BALANCES | | 28,030,576.76 | | 1,333.10 |

**Mail Payments to:**
GEMSA Loan Services, L.P.
File 59229
Los Angeles, CA 90074-9229

**Overnight Payments to:**
Bank of America
For GEMSA Loan Services, L.P. File 59229
1000 W. Temple
Los Angeles, CA 90012-9229

**Mail All Correspondence to:**
GEMSA Loan Services, L.P.
1500 City West Blvd., Suite 200
Houston, TX 77042

**Wire Payments to:**
Deutsche Bank Trust Co.
1251 Avenue of the Americas
New York, NY 10020
ABA# 021001033
Wire Acct# 50-256-477
Reference GEMSA Loan
Number: 07-0004198

\*\*\* **PLEASE REFERENCE YOUR LOAN NUMBER** \*\*\*

Our office hours are 8:30 a.m. to 5:00 p.m. Central Time Monday thru Friday
Our toll free number is 1-800-456-1443, Customer Service Ext. 3001

## CHANGE OF INFORMATION

Highgate Manor Group, LLC                    LOAN NUMBER: 07-0004198

☐ ADDRESS CHANGE    ☐ PHONE NO. CHANGE    ☐ TAX ID/SOCIAL SECURITY NUMBER CHANGE

**CURRENT INFORMATION**

Highgate Manor Group, LLC
c/o Northwoods at Hilltop
Attn: Timothy Wade
1805 Providence Avenue
Niskayuna, NY 12309
518-374-2212

**NEW INFORMATION** (Please Print)

Name _____
Address _____
City, State, Zip _____
Home Phone ( _____ ) _____
Business Phone ( _____ ) _____
Tax ID/Social Security Number Change _____

_____    _____
SIGNATURE REQUIRED                              DATE



**Citizens Bank**
1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US047 BR038

HIGHGATE MANOR GROUP
1805 PROVIDENCE AVE
SCHENECTADY NY 12309-3923

Commercial Account Statement

 1 OF 1

Beginning September 01, 2009
through September 30, 2009

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 1,746.83 |
| Checks | .00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 1,746.83 = |

HIGHGATE MANOR GROUP
**Commercial Checking**
400108-034-5

**Previous Balance**
1,746.83

**Current Balance**
1,746.83

### TRANSACTION DETAILS

No activity this statement period

### NEWS FROM CITIZENS

--Mortgage customers - get 1/8% off mortgage rates with Circle Gold Mortgage Advantage(TM). Get 1/8% off already historically low mortgage rates when you open a Circle Gold Checking(R) account with automatic payment. As a mortgage and Citizens Circle Gold Banking(R) customer you'll enjoy benefits such as having your monthly checking maintenance fees waived, our Circle Gold Savings account, credit card offers with great rates and more. Call our exclusive customer service number and start saving on your monthly mortgage payment: 1-888-514-2300.

Member FDIC  Equal Housing Lender

## JPMorganChase

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

00013873 CEN 802 3J 27409 - NNN T 1  000000000  C1 0000
NEUBERT, PEPE & MONTEITH
HIGHGATE LTC MGT/HIGHGATEMANOR GRP LLC
195 CHURCH ST FL 13
ATTN  MARK FISHMAN
NEW HAVEN CT 06510-2009

September 01, 2009 -
September 30, 2009

Page 1 of 2

**Account Number**
000000796702710

**Customer Service**

If you have any questions about your statement, please contact your Customer Service Professional.



## JPMorgan Premier MMDA

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $2,445,508.38 |
| Deposits and Credits | 2 | $150,317.40 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| Ending Ledger Balance | | $2,595,825.78 |

| | | | | |
|---|---|---|---|---|
| Average Ledger Balance | $2,580,518.00 | | | |
| Interest Credited this period | $317.40 | Interest Credited Year to Date | | $2,078.69 |
| Interest Rate(s): | 09/01 to 09/30 at 0.15% | | | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/04 | FED WIRE CREDIT VIA: NEWALLIANCE BANK/211170130 B/O: NEUBERT, PEPE & MONTEITH NEW HAVEN CT 06510 REF: CHASE NYC/CTR/BNF=NEUBERT, PEPE & MONTEITH NEW HAVEN CT 06510-2009/AC-000000007967 RFB=O/B NEWALLIANCE BBI=/TIME/11:31 IMAD: 0904QMGFT002000798 TRN: 1978309247FF YOUR REF: O/B NEWALLIANCE | $150,000.00 |
| 09/30 | INTEREST PAYMENT | $317.40 |
| **Total** | | **$150,317.40** |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



NEUBERT, PEPE & MONTEITH
HIGHGATE LTC MGT/HIGHGATEMANOR GRP LLC

## JPMorgan Premier MMDA
(continued)

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/04 | $2,595,508.38 | 09/30 | $2,595,825.78 |



Statement of Account
PLEASE EXAMINE AT ONCE

24-hour Telephone Banking / Customer Contact Center
860 645-2183 or 203 789-2767 or 800 892-2096
195 Church Street, New Haven, CT 06510
www.newalliancebank.com

001280

HIGHGATE LTC MANAGEMENT LLC
MARK I FISHMAN
C/O NEUBERT PEPE & MONTEITH
195 CHURCH ST 13TH FL
NEW HAVEN CT 06510

```
                                    SUMMARY OF YOUR ACTIVITY
                                    STATEMENT DATE          OCT 02 09
                                    INVESTMENT NUMBER       7000870980
                                    BEGINNING BALANCE       110742.15
                                    DEPOSIT AMOUNT     +          .00
                                    WITHDRAWAL AMOUNT  -          .00
                                    SERVICE CHARGE     -          .00
                    DEBITS       O  INTEREST PAID      +       158.38
                                    ENDING BALANCE     =     110900.53
```

```
                                                                     BALANCE SUMMARY
PREMIUM BUSINESS MMA      7000-87-0980                               $  110742.15
ACTIVITY BEGINNING        SEP 03 09      WITHDRAWALS   DEPOSITS
OCT 02   INTEREST PAID  9/03 THROUGH 10/02                 158.38  OCT 02  $  110900.53
```

1.75% ANNUAL PERCENTAGE YIELD EARNED IS BASED ON $    158.38 INTEREST EARNED FOR  30 DAYS

INTEREST PAID THIS YEAR:   $       932.53

     INTEREST RATE AS OF:
SEP 03    01.74

- 01 -

(080) PDD790-01   7000-87-0980     10/02/09         00

 

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
09/01/09 through 09/30/09
E0  P PA  0 A 23
Enclosures 0
Account Number   3850 0536 7162

MS 10/07 0  0280 520        000 007833 #@01 SP 0.357

NEUBERT, PEPE & MONTEITH, P.C.
ESCROW AGENT FOR HIGHGATE LTC MGMT LLC,
AND HIGHGATE MANOR GROUP,LLC,NDNY
195 CHURCH ST STE 1300
NEW HAVEN CT 06510-4011

Our free Online Banking service allows you to check balances, track account activity and more.
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.287.4637 Customer Service

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

On May 20, 2009, the temporary increase in the standard maximum deposit insurance amount to $250,000 per depositor was extended through December 31, 2013. On January 1, 2014, the standard insurance amount will return to $100,000 per depositor for all account categories except IRAs & certain retirement accounts, which will remain $250,000 per depositor.

Recycled Paper

H

Page 2 of 3
Statement Period
09/01/09 through 09/30/09
E0  P PA  0A 23
Enclosures 0
Account Number  3850 0536 7162

NEUBERT, PEPE & MONTEITH, P.C.
ESCROW AGENT FOR HIGHGATE LTC MGMT LLC,
AND HIGHGATE MANOR GROUP,LLC,NDNY

## Deposit Accounts

## Select Bus Int Max - NY Region
## Business Interest Maximizer

NEUBERT, PEPE & MONTEITH, P.C. ESCROW AGENT FOR HIGHGATE LTC MGMT LLC,
AND HIGHGATE MANOR GROUP,LLC,NDNY

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 3850 0536 7162 | |
| Statement Period | 09/01/09 through 09/30/09 | |
| Number of Deposits/Credits | 1 | |
| Number of Withdrawals/Debits | 0 | |
| Number of Days in Cycle | 30 | |

| | |
|---|---|
| Statement Beginning Balance | $247,193.46 |
| Amount of Deposits/Credits | $203.17 |
| Amount of Withdrawals/Debits | $0.00 |
| Statement Ending Balance | $247,396.63 |
| Average Collected Balance | $247,200.23 |
| Average Ledger Balance | $247,200.23 |
| Service Charge | $0.00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | $203.17 | Interest Paid Year-to-Date | $5,357.61 |
| Annual Percentage Yield Earned This Statement Period | 1.00% | Withholding Year-to-Date | $0.00 |

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 09/30 | 203.17 | Interest Earned | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 09/01 | 247,193.46 | 09/30 | 247,396.63 |