UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

       Highgate LTC Management, LLC,

Case No. 07-11068

(Chapter 11)

                                    Debtor(s)
-----------------------------------------------------------x

## **NOTICE OF PATIENT CARE OMBUDSMAN REPORT**

**PLEASE TAKE NOTICE,** that Edie M. Sennett, the patient care ombudsman appointed by the United States Trustee pursuant to an order of the Court entered in the above captioned bankruptcy case, will be filing her written Ombudsman Report on December 14, 2009, or as soon thereafter as practical in the United States Bankruptcy Court for the Northern District of New York.

      If you would like a copy of the Report or require additional information, please contact:

Edie M. Sennett
Coordinator, Long Term Care Ombudsman
American Red Cross of Northern New York
33 Everett Road
Albany, NY 12205
(518) 458-8111 Ext. 3006
(518) 459-8268 fax
Sennett@redcrossneny.org
www.redcrossneny.org