# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH **▲†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
ROBERT S. POWERS
STEPHEN BORDANARO
LISA C. NASIAK*
V. DAVID GRANIN
AUBREY E. RICCARDI*
STEVEN J. SALTZMAN
GERALD BUKARY
RANDI K. STEMPLER†
DOROTHY A. GALVIN†
DOV BRANDSTATTER
MATTHEW J. LAMBERT
STEPHEN J. STEINLIGHT
SERGIO J. TUERO*
JENNIFER J. KIM
CHRISTOPHER R. CLARKE
J T. HUTCHENS

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
MARK NESOFF
DAVID L. SMITH**"
DAVID GALANTER
LEWIS KUPER
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
‡ ALSO MEMBER OF FLORIDA BAR
" ALSO MEMBER OF U.S. VIRGIN ISLANDS BAR

J. Ted Donovan
Facsimile (212) 422-6836
TDonovan@GWFGLaw.com

January 7, 2010

Clerk, U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

    Re:    Highgate LTC Management, LLC 07-11068 REL
             Highgate Manor Group, LLC    07-11069 REL

Dear Sir or Madam:

        My firm appeared in the above referenced cases as counsel to the Debtors. The retention of my firm terminated effective on May 15, 2007, pursuant to Court order (ECF#88). Please remove my name from the ECF noticing in these matters.

                                     Very truly yours,

                                     J. Ted Donovan