# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Kevin M. Godbout | Vimala B. Ruszkowski |
| Gregory J. Pepe | Cameron C. Staples | Sandy T. Roussas |
| Deborah Monteith Neubert | Mark I. Fishman | |
| Douglas S. Skalka | Simon I. Allentuch | |
| Judy K. Weinstein | Gretchen G. Randall | Counsel: |
| Peter T. Fay | Sherman H. Krevolin | Louis J. Testa* |
| Andrew R. Lubin | Mark E. Stopa | |
| Robert T. Gradoville | Lucas B. Rocklin | |
| Nancy Bohan Kinsella | Jennifer L. Cammarano | Of Counsel: |
| Eric J. Stockman | Jeffrey E. McGuinness | Deborah J. Winegardt |

195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

2150 Post Road, Suite 201
Fairfield, Connecticut 06824
Telephone: (203) 254-9332

*Admitted in New York Only
†Admitted in Georgia Only

www.npmlaw.com

September 14, 2010

**VIA E-FILING**
Honorable Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge
Northern District of New York
445 Broadway
Albany, New York 12207

Re:   *In re Highgate LTC Management, LLC* / Case No. 07-11068

Dear Judge Littlefield:

    In accordance with your Honor's direction in court last week, I am writing formally to inform your Honor and, in turn, parties in interest that the closing of the sale of the Debtors' nursing homes, including payment by the purchaser of the purchase price and delivery by me, as Trustee, of deeds and bills of sale, has been completed. The Debtors' estates are no longer the owners of the four nursing homes.

Respectfully,

Mark I. Fishman, Trustee

MIF/dp