
# Moritt Hock & Hamroff LLP
ATTORNEYS AT LAW

Leslie A. Berkoff, Esq.
Partner
Email: lberkoff@moritthock.com

February 28, 2011

**VIA FEDERAL EXPRESS AND ECF FILING**
Chambers of the Honorable Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 315
Albany, NY 12207
Attn: Theresa A. O'Connell, Courtroom Deputy

    Re:    **Highgate LTC Management, LLC (collectively the "Debtors")**
            **Case No. 07-11068-REL**
            **Hearing Date: March 2, 2011 at 11:00 a.m.**

Dear Ms. O'Connell:

    This letter will confirm that the Motion of General Electric Capital Corporation for an Order: (I) Determining and/or Reducing the Amount of Interest Paid and Penalties Assessed By and Paid to Certain Taxing Authorities; and (II) Compelling Turnover of Such Payments to General Electric Capital Corporation [Docket No. 1337] (the "Motion") filed by General Electric Capital Corporation ("GECC"), has been adjourned upon consent with the City of Cortland to April 13, 2011 at 11:00 a.m. By copy of this letter, all interested parties have been notified of the status of the Motion.

    If you have any questions, please feel free to contact the undersigned. Thank you for your courtesies in this matter.

                          Respectfully submitted,

                          */s/ Leslie A. Berkoff*
                          LESLIE A. BERKOFF

LAB:hm

cc:    Fred Goodman, Esq. (Deputy County Attorney for
        Schenectady County Department of Finance) (via email)
       Kevin Purcell, Esq. (United States Trustee) (via email)
       Paul A. Levine (Attorney for City of Cortland) (via email)

202362v1