# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

| | | | |
|---|---|---|---|
| Michael D. Neubert | Kevin M. Godbout | Vimala B. Ruszkowski | |
| Gregory J. Pepe | Cameron C. Staples | Sandy T. Roussas | |
| Deborah Monteith Neubert | Mark I. Fishman | Jane E. Ballerini | |
| Douglas S. Skalka | Simon I. Allentuch | Adam V. Maiocco | |
| Judy K. Weinstein | Gretchen G. Randall | Counsel: | |
| Peter T. Fay | Sherman H. Krevolin | Louis J. Testa* | |
| Andrew R. Lubin | Mark E. Stopa | Of Counsel: | |
| Robert T. Gradoville | Lucas B. Rocklin | Deborah J. Winegard† | |
| Nancy Bohan Kinsella | Jennifer L. Cammarano | Patrick J. Lapera | |
| Eric J. Stockman | | | |

Additional Locations in:
Fairfield and Shelton

*Admitted in New York Only
†Admitted in Georgia Only

www.npmlaw.com

March 22, 2011

**VIA FACSIMILE (518) 431-0192**
**AND E-FILING**

Honorable Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge
Northern District of New York
445 Broadway
Albany, New York 12207

Re: *In re Highgate LTC Management, LLC*/Case No. 07-11068
    Hearing Date: March 23, 2011 @ 11:00 a.m.

Dear Judge Littlefield:

    I am writing to confirm the adjournment, upon consent and following consultation with your Honor's Chambers on March 17, 2011, of the following matters scheduled for hearing on Wednesday, March 23, 2011:

    **#1035-** Motion for Further Extension of Time to Remove Actions filed on behalf of the Chapter 11 Trustee;

    **#1058-** Court's Scheduling Order dated April 3, 2010;

    **#1205-** Motion for Further Extension of Time to Remove Actions filed on behalf of the Chapter 11 Trustee;

    **#1346-** Motion for Further Extension of Time to Remove Actions filed on behalf of the Chapter 11 Trustee; and

    **#1388-** Motion to Dismiss Case filed on behalf of the Chapter 11 Trustee.

Honorable Robert E. Littlefield, Jr.
March 22, 2011
Page Two

    The new hearing date will be Wednesday, April 13, 2011, at 11:00 a.m.

                                        Respectfully,

                                        Mark I. Fishman

MIF/eac
CC:    Via Electronic Mail:
        Leslie A. Berkoff, Esq.
        Ted A. Berkowitz, Esq.
        Stacey L. DeLoach, Esq.
        Mark Frankel, Esq.
        Kevin Purcell, Esq.
        Robert J. Rock, Esq.
        Jeffrey A. Siegel, Esq.

        Via Facsimile Transmission:
        Betty Muka, Esq.