# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

| | | | |
|---|---|---|---|
| Michael D. Neubert | Kevin M. Godbout | Vimala B. Ruszkowski | Additional Locations in: |
| Gregory J. Pepe | Cameron C. Staples | Sandy T. Roussas | Fairfield and Shelton |
| Deborah Monteith Neubert | Mark I. Fishman | Jane E. Ballerini | |
| Douglas S. Skalka | Simon I. Allentuch | Adam V. Maiocco | *Admitted in New York Only |
| Judy K. Weinstein | Gretchen G. Randall | Counsel: | †Admitted in Georgia Only |
| Peter T. Fay | Sherman H. Krevolin | Louis J. Testa* | |
| Andrew R. Lubin | Mark E. Stopa | Of Counsel: | |
| Robert T. Gradoville | Lucas B. Rocklin | Deborah J. Winegardt | |
| Nancy Bohan Kinsella | Jennifer L. Cammarano | Patrick J. Lapera | www.npmlaw.com |
| Eric J. Stockman | | | |

March 23, 2011

**VIA FACSIMILE (518) 431-0192**
**AND E-FILING**

Honorable Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge
Northern District of New York
445 Broadway
Albany, New York 12207

Re:  *In re Highgate LTC Management, LLC*/Case No. 07-11068
Hearing Date: April 6, 2011 @ 11:00 a.m.

Dear Judge Littlefield:

I am writing to confirm the adjournment, upon consent, of the following matter scheduled for hearing on Wednesday, April 6, 2011:

**#1397-** Motion to Approve Compromise and Settlement of Tax Appeals filed on behalf of the Chapter 11 Trustee

The new hearing date will be Wednesday, April 13, 2011, at 11:00 a.m.

Respectfully,

Mark I. Fishman

MIF/eac
CC: Stephen A. Pechenik, Esq.
Leslie A. Berkoff, Esq.
Richard J. Brum, Esq.
Abe Backenroth, Esq.