## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF NEW YORK

| In re | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Highgate LTC Management, LLC | ) | Case No. 07-11068 |
| | ) | |
| | ) | |
| | ) | Chapter |
| Social Security No(s).  and all | ) | |
| Employer's Tax Identification No(s). *13-4059904* | ) | |
| | ) | |

### ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of

«new_amount» is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy

Clerk pay this unclaimed money to the order of:

Barbara McMillan successor in interest to McMillan & Associates LLC



(Name of Claimant)

AND

~~OR~~ Dilks & Knopik, LLC

(Attorney-in-Fact)

35308 SE Center Street

(Address of Attorney-in-Fact)

Snoqualmie, WA 98065

(Address of Attorney-in-Fact)

xxx-xx-0746

(Tax Identification Number of Creditor)

74-3049851

(Tax ID Number of Attorney in Fact)

FILED

MAY 0 4 2016

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

_____

United States Bankruptcy Court Judge

At Albany, NY
Date: 5/4/16

F:69(10/25/2001)A

RECEIVED

MAR 2 9 2016

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY